```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

        UNITED STATES OF AMERICA

                        Plaintiff(s)

            -vs-                                03-CR-6044-2T

        MELVIN FLECHA-MENDOZA

                        Defendant(s)

_____
```

      This case is transferred as to defendant Melvin Flecha-Mendoza only, from Hon. Michael A. Telesca to Hon. Charles J. Siragusa.

      SO ORDERED.

```
                                   S/ MICHAEL A. TELESCA
                                   MICHAEL A. TELESCA
                                   United States District Judge

Dated:   Rochester, New York
         January 13, 2006
```